IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **KURTIS MELCHER;** | ) | |
| **HENRY SEGURA,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case no. 3:21-cv-00046 |
| | ) | |
| **TITLEMAX OF TEXAS, INC.;** | ) | |
| **NJC ASSET REPO LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT TITLEMAX OF TEXAS, INC.'S NOTICE OF COMPLIANCE WITH LOCAL RULE 6

**COMES NOW,** Defendant TitleMax of Texas, Inc. and hereby provides notice of its compliance with Local Rule of Procedure 6 for Special Requirements for Motions to Dismiss under Rule 12(b). TitleMax of Texas, Inc. requested that Plaintiffs amend their complaint and sent the required correspondence to Plaintiffs informing them of their right to amend the pleadings pursuant to Local Rule 6.

Dated: May 18, 2021            Respectfully Submitted,

/s/ *Jeffrey D. Anderson*
HOLLAND & KNIGHT, LLP
L. Bradley Hancock
State Bar No. 00798238

S.D. Admission No. 21091
Brad.Hancock@hklaw.com
Jeffrey Anderson
State Bar No. 24087100
S.D. Admission No. 2338755
Jeffrey.Anderson@hklaw.com
David D. Hornbeak
State Bar No. 24106113
S.D. Admission No. 3158009
David.Hornbeak@hklaw.com
1100 Louisiana Street, Suite 4300
Houston, Texas 77002
(713) 821-7000 (Main)
(713) 821-7001 (Fax)

**ATTORNEYS FOR DEFENDANT TITLEMAX OF TEXAS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Compliance was electronically filed via the CM/ECF system on May 18, 2021, which will provide a copy to all counsel of record.

*/s/ Jeffrey D. Anderson*
Jeffrey D. Anderson