IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| KURTIS MELCHER; <br> HENRY SEGURA, <br><br> Plaintiffs, <br><br> v. <br><br> TITLEMAX OF TEXAS, INC.; <br> NJC ASSET REPO LLC, <br><br> Defendants. | Case No. 3:21-cv-00046 |

## DEFENDANT TITLEMAX OF TEXAS, INC.'S
## CERTIFICATE OF INTERESTED PARTIES

Pursuant to FED. R. CIV. P. 7.1 and this Court's May 10, 2021 Order (Doc. 9), Defendant TitleMax of Texas, Inc. certifies that it does not have a parent corporation, and no publicly held corporation owns 10% or more of TitleMax of Texas's stock.

Defendant TitleMax of Texas, Inc. further states that the following persons, associations of person, firms, partnerships, corporations, affiliates, parent corporations, or other interests are financially interested in the outcome of this litigation:

1. Plaintiffs, Kurtis Melcher and Henry Segura;

2. John C. Hubbard, Plaintiffs' Counsel;

3. Holland and Knight LLP, Counsel for Defendant TitleMax of Texas, Inc.

Dated: May 24, 2021                              Respectfully Submitted,

/s/ *Jeffrey D. Anderson*
HOLLAND & KNIGHT, LLP
L. Bradley Hancock
State Bar No. 00798238
S.D. Admission No. 21091
Brad.Hancock@hklaw.com
Jeffrey Anderson
State Bar No. 24087100
S.D. Admission No. 2338755
Jeffrey.Anderson@hklaw.com
David D. Hornbeak
State Bar No. 24106113
S.D. Admission No. 3158009
David.Hornbeak@hklaw.com
1100 Louisiana Street, Suite 4300
Houston, Texas 77002
(713) 821-7000 (Main)
(713) 821-7001 (Fax)
**ATTORNEYS FOR DEFENDANT TITLEMAX OF TEXAS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Certificate of Interested Parties was electronically filed via the CM/ECF system on May 24, 2021, which will provide a copy to all counsel of record.

/s/ *Jeffrey D. Anderson*
Jeffrey D. Anderson