United States District Court
Southern District of Texas
**ENTERED**
June 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KURTIS MELCHER et al., | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:21-CV-46 |
| | § | |
| TITLEMAX OF TEXAS, INC. et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is the plaintiffs' motion for leave to amend their complaint (Dkt. 15). Having considered the motion, although it is wholly unnecessary as the scheduling order (Dkt. 14) specifically gives the plaintiffs the unfettered right to file an amended pleading by July 2, the court grants it. The plaintiffs must file their amended complaint within three (3) days of the entry of this order.

Signed on Galveston Island on this the 28th day of June, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE